UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IVAN ROMERO, JAIRO FORD, RAFAEL AMPARO
and MARLON REYES, on behalf of themselves and
all others similarly situated,

                              Plaintiffs,

               -against-

AA JEDSON COMPANY LLC, JEDSON COMPANY
LLC, and MICHAEL BORDES,

                              Defendants.
------------------------------------------------------------------------X

**21 Civ. 00288 (PMH)**

**PROPOSED JUDGMENT**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on July 20, 2021; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Ivan Romero, Jairo Ford, Rafael Amparo and Marlon Reyes and against AA Jedson Company LLC, Jedson Company LLC and Michael Bordes, jointly and severally, in the amount of $65,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated: _____, New York
                _____, 2021

                                      So Ordered:

                                      _____
                                      Hon. Philip M. Halpern