UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IVAN ROMERO, JAIRO FORD, RAFAEL AMPARO
and MARLON REYES, on behalf of themselves and
all others similarly situated,

                              Plaintiffs,

           -against-

AA JEDSON COMPANY LLC, JEDSON COMPANY
LLC, and MICHAEL BORDES,

                              Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2021

21 Civ. 00288

**SATISFACTION OF JUDGMENT**

**WHEREAS**, a judgment was entered in the above action on July 21, 2021 in favor of Plaintiffs Ivan Romero, Jairo Ford, Rafael Amparo, and Marlon Reyes ("Plaintiffs") against Defendants AA Jedson Company LLC, Jedson Company LLC, and Michael Bordes jointly and severally (collectively, "Defendants"), in the amount of sixty-five thousand dollars and zero cents ($65,000), inclusive of all alleged damages including but not limited to unpaid wages, liquidated and statutory damages, pre- and post-judgment interest, and attorneys' fees and costs (the "Judgment"); and

**WHEREAS**, Defendants have paid the judgment in full, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**NOW THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
          August 24, 2021

PECHMAN LAW GROUP PLLC

By: _____
Louis Pechman
488 Madison Avenue, 17th Floor
New York, NY 10022
Tel: (212) 583-9500
pechman@pechmanlaw.com
*Attorneys for Plaintiff*

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

On August 24 2021, before me personally came __Louis Pechman__ to me known, and known to me to be the individual described in, and who executed the foregoing affidavit, and duly acknowledged to me that he executed the same.

GALEN C. BAYNES
Notary Public, State of New York
No. 02BA6402229
Qualified in New York County
Commission Expires January 6, 20 24

_____
Notary Public